UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 10-CR-0048-CVE |
| LARRY G. KOCH, | ) ) ) | **FILED** |
| Defendant. | ) ) | JUN 2 3 2010 |

**VERDICT FORM**

Phil Lombardi, Clerk
U.S. DISTRICT COURT

We, the Jury, duly empaneled in the above case find as to the defendant, Larry G. Koch, the following:

1. Count One of the Indictment:

    Not Guilty _____      Guilty __X__

    (a) *If you have unanimously found the defendant Larry G. Koch guilty of Count One, you will proceed to select one or more object or objects of the conspiracy charged in the Indictment that have been proven to your satisfaction beyond a reasonable doubt as to defendant Larry G. Koch. If, on the other hand, you have found defendant Larry G. Koch not guilty of Count One, then you should proceed to Count Two.*

        (i) Object 1 – To make false statements and reports to a federally insured institution in violation of 18 U.S.C. § 1014.

            NO                                                        YES

            __X__                                                     _____

 (ii) *Object 2 – To execute and attempt to execute a scheme or artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured institution by means of false and fraudulent pretenses representations and promises, in violation of 18 U.S.C. § 1344(2).*

  NO          YES

  _____        \_\_X\_\_

 (iii) *Object 3 – To commit theft and misapplication by a bank officer and employee in violation of 18 U.S.C. § 656.*

  NO          YES

  \_\_X\_\_        _____

(b) *In order to find defendant Larry G. Koch guilty of Count One, you must find that the government proved beyond a reasonable doubt that Larry G. Koch or one of his co-conspirators committed at least one overt act in furtherance of the conspiracy, as alleged in the indictment. You must unanimously agree on the same overt act. Do you find that the government has proved beyond a reasonable doubt that Larry G. Koch or one of his co-conspirators committed at least one overt act in furtherance of the conspiracy?*

  NO          YES

  _____        \_\_X\_\_

*Regardless of whether or not you found the defendant guilty of Count One, you must proceed to Count Two.*

2. Count Two of the Indictment

  Not Guilty \_\_X\_\_     Guilty _____

6/23/10
DATE

/FOREPERSON
Foreperson